# EXHIBIT A



# The BEST episodes of Sliders
## Every episode ever - ranked by fan votes!

In his basement in San Francisco, boy-genius Quinn Mallory unlocks the doorway to an infinite number of Earths. During a test run, Quinn invites co-worker Wade Wells and his teacher Professor Maximillian Arturo to see his new invention. But an increase in power and an early departure leave all three, plus a washed-up soul singer named Rembrandt "Crying Man" Brown, lost in a parallel world. Now they must "slide" from world to world, not only adapting to their changing surroundings, but also trying to get back to their world. Will they ever make it home?

Last Updated: 3/10/2022     Network: FOX

Share:

**BEST EPISODES**    WORST EPISODES    BEST SEASONS

## #1 - The Exodus (1)
Season 3 - Episode 16 - Aired 2/20/1997

Things don't look good for the Sliders when they slide to a world that's about to be eradicated by a rogue pulsar. Soon they discover that this world has been developing sliding technology and pool their resources with the U.S. government in a race to escape to a parallel Earth.

Directors: Jim Charleston, John Rhys-Davies

★ 7.97 | 341 votes     Rate Now

Watch Now:   Amazon   iTunes

## #2 - Post Traumatic Slide Syndrome
Season 2 - Episode 8 - Aired 5/2/1996

The Sliders have come to the most unexpected world of all... home. While Rembrandt and Wade use their sliding adventures to kickstart their careers, Arturo steals the timer and claims sliding

### Similar Shows